IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEANNA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV372 |
| | ) | |
| v. | ) | |
| | ) | |
| SWANSON, Omaha Police Officers, and | ) | **MEMORANDUM** |
| ACHERSON, Omaha Police Officers, | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion. On October 15, 2010, the court entered a Memorandum and Order provisionally filing this matter but requiring Plaintiff to either file a motion for leave to proceed in forma pauperis or pay the $350.00 filing fee no later than November 15, 2010. (Filing No. 5.) The court warned Plaintiff that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id.*) Plaintiff has not paid the $350.00 filing fee or filed any other response to the court's previous Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 19th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge